THE FARROW FIRM

SEAN A. FARROW, ESQ.
MANAGING PARTNER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/2026

**MEMORANDUM ENDORSED**

**August 19, 2026**

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: Wei Liu v. Evaton Inc., et al., Case No. 1:26-cv-04740 (GHW) – Plaintiff's Letter Motion to Adjourn Initial Pretrial Conference**

Dear Judge Woods:

Plaintiff Wei Liu respectfully requests that the initial pretrial conference presently scheduled for August 25, 2026, be adjourned for approximately sixty days to permit additional time to effectuate service upon Defendants Sogrape and Lopo Vasconcelos, both of whom are located in Portugal, and to allow the Defendants an opportunity to appear through counsel before the initial conference. This is Plaintiff's first request to adjourn the initial pretrial conference.

Plaintiff is presently undertaking the steps necessary to effectuate service upon Sogrape and Vasconcelos in Portugal pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. Those efforts include obtaining Portuguese translations of the Summons and Complaint, preparing the required Hague Convention service materials, assembling the necessary service packets, and arranging for their transmission for service in Portugal. The translation and preparation process is currently underway.

The domestic Defendants were served on August 6, 2026. As of the date of this letter, however, no Defendant has appeared in this action and no attorney representing any Defendant has contacted Plaintiff's counsel. Plaintiff therefore has been unable to ascertain Defendants' position concerning the requested adjournment.

Plaintiff respectfully submits that a brief adjournment would promote an orderly and efficient initial conference by providing additional time to complete international service and affording the Defendants an opportunity to appear through counsel. At present, Plaintiff does not know whether Sogrape and Vasconcelos will be represented by the same counsel as the domestic Defendants or will retain separate counsel. Proceeding with the initial conference before the remaining Defendants have been served and the parties have had an opportunity to appear may

therefore require a subsequent conference or modification of any case-management schedule established before all parties are before the Court.

Accordingly, Plaintiff respectfully requests that the August 25, 2026, initial pretrial conference be adjourned for approximately sixty days, to a date on or after October 26, 2026, convenient to the Court.

Respectfully submitted,

**THE FARROW FIRM, PLLC**

Sean Farrow, Esq.
136 Madison Avenue, 6th Floor
New York, New York 10016
(T) 609- 304-1147
Sean@TheFarrowFirm.com
*Attorney for Plaintiff Wei Liu*

Application granted. The initial pretrial conference scheduled for August 25, 2026 is adjourned to October 28, 2026 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's June 9, 2026 order are due no later than October 21, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 29.

SO ORDERED.

Dated: August 19, 2026
New York, New York

GREGORY H. WOODS
United States District Judge