USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

WEI LIU,

Plaintiff,

-against-

EVATON INC. *et al.*,

Defendants.

---------------------------------------------------------------- X

1:26-cv-4740-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's order dated August 19, 2026, Dkt. No. 30, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than October 21, 2026. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's August 19, 2026 order forthwith and in any event no later than October 23, 2026.

SO ORDERED.

Dated: October 22, 2026
New York, New York

GREGORY H. WOODS
United States District Judge