USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2026

EPSTEIN
BECKER
GREEN

Attorneys at Law

**MEMORANDUM ENDORSED**

Aime Dempsey
t 212.351.3764
f 212.878.8600
ADempsey@ebglaw.com

October 22, 2026

**VIA ECF**

Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: Wei Liu v. Evaton Inc., et al.; Case No. 26-cv-04740-GHW

Dear Judge Woods,

We represent named defendants Sogrape SGPS, SA (misnamed in the Complaint as "Sogrape") and Lopo Vasconcelos in the above-referenced matter. We respectfully request an adjournment of the Initial Case Management Conference currently scheduled for October 28, 2026. The other parties consent to adjournment of the conference. It is the first time Sogrape SGPS, SA or Mr. Vasconcelos have requested that the conference be adjourned, but the docket shows that plaintiff Wei Liu previously sought and was granted adjournment of the conference originally scheduled for August 25, 2026. While we have not received a copy of the emailed notice of conference referenced in Your Honor's Individual Rules of Practice 2.D, it appears that the deadline for the referenced joint letter and proposed joint Case Management Plan and Scheduling Order would also be affected by an adjournment of the conference.

We respectfully request an adjournment of the conference because this law firm was recently retained, and our preliminary review suggests that service of process on our clients, both of whom are located in Portugal, may have been defective under the Hague Convention; accordingly, we need to preserve the right to challenge those service and personal jurisdiction issues while we complete a more fulsome analysis. We also need additional time to further analyze the case and the facts as they may apply to Sogrape SGPS, SA and Mr. Vasconcelos before being in a position to agree upon a draft Case Management Plan and Scheduling Order or to fully discuss the matters set forth in Rule 2.D. The deadline for Sogrape SGPS, SA and Mr. Vasconcelos to answer, move, or otherwise respond with respect to the Complaint is currently November 5, 2026,

and we respectfully request that the conference be rescheduled for at least fourteen days after November 5 to allow for consideration of these matters. The additional time requested will also allow us to fully evaluate the service and personal jurisdiction issues and, in the interim, Sogrape SGPS, SA and Mr. Vasconcelos reserve all defenses.

Sogrape SGPS, SA and Mr. Vasconcelos thank the Court for its time and consideration of this matter.

Respectfully submitted,

Aime Dempsey

Application granted. The initial pretrial conference scheduled for October 28, 2026 is adjourned to November 18, 2026 at 4:00 p.m. The joint letter and case management plan described in the Court's June 9, 2026 order are due no later than November 11, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 43.

Dated: October 23, 2026
New York, New York

GREGORY H. WOODS
United States District Judge